# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEBORAH L. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. |
| v. | ) 1:18-cv-4777-WMR-JSA |
| | ) |
| **ESTES HEATING & AIR** | ) |
| **CONDITIONING, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF DEPOSITION OF DEBORAH L. SMITH

**PLEASE TAKE NOTICE** that on Friday, August 9, 2019, beginning at 10:00 a.m., at the offices of The Kaspers Firm, LLC, 152 New St. Suite 109, Macon, GA 31201, the undersigned counsel for Estes Heating & Air Conditioning, Inc. will proceed to take the deposition of Deborah L. Smith upon oral examination. This deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions and will continue from day to day, until its completion. This deposition will be taken for all purposes permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

*(signature on following page)*

1

This 23rd day of July 2019.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Joyce M. Mocek*
Joyce M. Mocek
Georgia Bar No. 515005
Natalie C. Pulley
Georgia Bar No. 794117

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Tel: 770-818-0000
Fax: 770-937-9930
jmocek@fmglaw.com
npulley@fmglaw.com