IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH L. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>ESTES HEATING AND AIR CONDITIONING, INC.<br><br>    Defendant. | Civil Action File No.<br>1:18-CV-04777-WMR-JSA |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day served the following **SUBPOENA FOR PRODUCTION OF DOCUMENTS TO KUNJ CONSTRUCTION USA, INC.** upon counsel of record by mailing a copy of same by United States mail with adequate postage affixed thereon to ensure delivery, addressed as follows:

Tyler B. Kaspers, Esq.
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA 31201

This 6th day of August, 2019.

FREEMAN MATHIS & GARY, LLP

*/S/ NATALIE C. PULLEY*
Natalie C. Pulley
Georgia Bar No. 794117
npulley@fmglaw.com
*Attorney for defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)