# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:18-cv-4777-WMR-JSA |
| | ) |
| ESTES HEATING & AIR | ) |
| CONDITIONING, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND DISCOVERY

COME NOW, the parties to the above-styled civil action and jointly move the Court for an extension of the discovery period. In support of this motion, the parties show as follows:

1.

The Complaint was filed on October 16, 2018.

2.

The Answer was timely filed on February 11, 2019.

3.

The Court entered a scheduling Order in this case on March 14, 2019, providing for a six-month discovery period. The discovery period is scheduled to close on September 13, 2019.

4.

The parties have exchanged written discovery, engaged in non-party written discovery, conducted the deposition of the plaintiff, and are in the process of scheduling multiple depositions.

5.

Additional discovery remains to be completed, including depositions of witnesses and potential expert witnesses.

6.

The parties have scheduled mediation for September 13, 2019 in an attempt to reach an early resolution of this matter.

7.

The parties request a discovery extension through October 18, 2019.

8.

No party will be prejudiced by the requested extension of discovery, as the case is not on the trial calendar, and the parties are cooperatively working together

to complete discovery.

9.

For the Court's convenience, a proposed Order extending discovery is submitted herewith.

WHEREFORE, the parties pray that this motion be granted and that the Court enter the proposed Order extending discovery.

This 30th day of August, 2019.

| | |
|---|---|
| */s/ Tyler B. Kaspers* | */s/ Joyce M. Mocek* |
| Tyler B. Kaspers | Joyce M. Mocek |
| Georgia Bar No. 445708 | Georgia Bar No. 515005 |
| THE KASPERS FIRM, LLC | Natalie C. Pulley |
| 152 New Street, Suite 109B | Georgia Bar No. 794117 |
| Macon, Georgia 31201 | FREEMAN, MATHIS & GARY, LLP |
| T: 404-944-3128 | 100 Galleria Parkway, Suite 1600 |
| E: tyler@kaspersfirm.com | Atlanta, GA 30339 |
| | T: 770.818.0000 |
| *Counsel for Plaintiff* | F: 770.937.9960 |
| | E: jmocek@fmglaw.com |
| | E: npulley@fmglaw.com |
| | |
| | *Counsel for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DEBORAH L. SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| v. ) | **1:18-cv-4777-WMR-JSA** |
| ) | |
| **ESTES HEATING & AIR** ) | |
| **CONDITIONING, INC.** ) | |
| ) | |
| **Defendants.** | |

### CERTIFICATE OF COMPLIANCE

I hereby certify that this **JOINT MOTION TO EXTEND DISCOVERY** has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font.

This 30th day of August, 2019.

            */s/ Joyce M. Mocek*
            Joyce M. Mocek
            Georgia Bar No. 515005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DEBORAH L. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.** |
| v. | ) **1:18-cv-4777-WMR-JSA** |
| | ) |
| **ESTES HEATING & AIR** | ) |
| **CONDITIONING, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the within and foregoing **JOINT MOTION TO EXTEND DISCOVERY** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

> Tyler B. Kaspers
> THE KASPERS FIRM, LLC
> 152 New Street, Suite 109B
> Macon, Georgia 31201

This 30th day of August 30, 2019.

>  */s/ Joyce M. Mocek*
> Joyce M. Mocek
> Georgia Bar No. 515005