IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:18-CV-4777-LMM-JSA |
| ) | |
| ESTES HEATING & AIR ) | |
| CONDITIONING, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS

COMES NOW Plaintiff, Deborah L. Smith, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), notifies the Court that she hereby withdraws her claims, with Defendant's consent, against Defendant Estes Heating & Air Conditioning, Inc., with prejudice, as of the date of the filing of this document.

Respectfully submitted this 4th day of November, 2019.

/s/ Tyler B. Kaspers
Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA 31201
404-944-3128

Counsel for Plaintiff

/s/ Joyce M. Mocek
Joyce M. Mocek, Ga. Bar No. 515005
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:18-CV-4777-LMM-JSA |
| ) | |
| ESTES HEATING & AIR ) | |
| CONDITIONING, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS with the Clerk of the Court by using the Court's CM/ECF system, which will automatically serve this document to the following attorney of record:

Joyce M. Mocek
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339

/s/ Tyler Kaspers

Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA 31201
404-944-3128